

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00294-CR

**JAMES DAWSON MCGUFFIN,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. F-299-18

## MEMORANDUM  OPINION

James McGuffin attempts to appeal from an order dated October 2, 2018, placing him on deferred adjudication for tampering with physical evidence.  The certificate of right to appeal indicates that this is a plea bargain case and that McGuffin waived his right to appeal.  TEX. R. APP. P. 25.2(d).  Moreover, it appears that the notice of appeal is untimely.  *See* TEX. R. APP. P. 26.2(a)(1).  The order placing McGuffin on deferred

adjudication was signed on October 2, 2018, and the notice of appeal was filed on August 27, 2019. Accordingly, the appeal is dismissed.

Notwithstanding that we are dismissing this appeal, McGuffin may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if McGuffin desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.


JOHN E. NEILL
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed September 4, 2019
Do not publish
[CR25]



Page 2